UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. VIRGA, et al.,<br><br>　　　　　Defendants. | No. 2: 17-cv-0851 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The undersigned has separately issued an order screening the first amended complaint. (ECF No. 13.) The undersigned found that plaintiff stated potentially colorable claims against defendants Hinrich, Lynch, Virga, Haring, Wright, Curren and Walcott. The undersigned ordered service of these defendants.

The undersigned also found that plaintiff failed to state potentially colorable claims against defendants California Department of Corrections and Rehabilitation ("CDCR"), Jordan, Morris, Papikian, Barrena, Soto, Moyle, Estrada, Doshna, Kernan and Avila. For the reasons stated in that order, the undersigned recommends that these defendants be dismissed.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

////

1

IT IS HEREBY RECOMMENDED that defendants CDCR, Jordan, Morris, Papikian, Barrena, Soto, Moyle, Estrada, Doshna, Kernan and Avila be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 26, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cole851.56