UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLEMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>T. VIRGA, et al.,<br><br>            Defendants. | No. 2:17-cv-0851 KJM KJN P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 26, 2018, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

      The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 26, 2018, are adopted in full; and

2. Defendants CDCR, Jordan, Morris, Papikian, Barrena, Soto Moyle, Estrada, Doshna, Kernan and Avila are dismissed.

DATED: March 19, 2018.

_____
UNITED STATES DISTRICT JUDGE