UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT COLEMAN,

       Plaintiff,               No. 2:17-cv-0851 KJM KJN P

vs.

T. VIRGA, et al.,

       Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Robert Coleman, inmate H-00031, a necessary and material witness in proceedings in this case on October 2, 2018, is confined in California Men's Colony, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at California Men's Colony, October 2, 2018, at 1:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

      3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California Men's Colony, 805-547-7791; and

      4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at (916) 930-4187.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California Men's Colony, P.O. Box 8101, San Luis Obispo, California, 93409-8101:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: July 5, 2018

cole0851.841.vc.kjn

                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE