UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. VIRGA, et al.,<br><br>　　　　Defendants. | No. 2: 17-cv-0851 KJM KJN P<br><br><br>ORDER |

Pending before the court is defendants' motion for an extension of time to file an opposition to plaintiff's motion to compel filed February 3, 2020. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 69) is granted;
2. Defendants shall file their opposition to plaintiff's motion to compel (ECF No. 68) on or before March 10, 2020.

Dated: February 27, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cole851.eot(2)

1