UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLEMAN,<br><br>       Plaintiff,<br><br>    v.<br><br>T. VIRGA, et al.,<br><br>       Defendants. | No. 2: 17-cv-0851 KJM KJN P<br><br><br>ORDER |

Pending before the court is defendants' motion to modify the scheduling order. (ECF No. 74.) Defendants seek an extension of time to file dispositive motions.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 74) is granted;

2. The time to file dispositive motions is extended to June 12, 2020.

Dated: May 1, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cole851.eot(m)

1