1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      ROBERT COLEMAN,                                    No.  2:17-cv-0851 KJM KJN P

12                       Plaintiff,

13               v.                                        ORDER

14      T. VIRGA, et al.,

15                       Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 11, 2021, the magistrate judge filed findings and recommendations, ECF No.

21   98, which were served on all parties and which contained notice to all parties that any objections

22   to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23   objections to the findings and recommendations, ECF No. 99, defendants have filed a response to

24   plaintiff's objections, ECF No. 100, and plaintiff has filed a reply to defendants' response, ECF

25   No. 101.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

27   court has conducted a *de novo* review of this case.  Having reviewed the file, for the reasons

28   explained in this order the court declines to adopt the findings and recommendations at this time

                                                   1

1    and refers the matter back to the assigned magistrate judge for further proceedings consistent with

2    this order.

3         The magistrate judge recommends granting defendants' June 9, 2020 motion for summary

4    judgment, ECF No. 80, and striking plaintiff's cross-motion for summary judgment, ECF No. 84,

5    as untimely, ECF No. 98 at 40.  The deadline for filing dispositive motions in this action was

6    June 12, 2020.  ECF No. 76.  Defendants timely filed their motion for summary judgment on

7    June 9, 2020.  ECF No. 80.  Plaintiff's opposition to the motion was due twenty-one days after

8    service of the motion.  *See* ECF No. 21 at 3; ECF No. 65 at 5.  On June 29, 2020, plaintiff timely

9    filed an opposition to defendants' motion for summary judgment.  ECF No. 84.  Plaintiff included

10   a cross-motion for summary judgment with his opposition.  *Id*.

11        Local Rule 230(e) provides:

12             **(e) Related or Counter-Motions.** Any counter-motion or other motion
               that a party may desire to make that is related to the general subject
13             matter of the original motion shall be served and filed in the manner and
               on the date prescribed for the filing of opposition. If a counter-motion
14             or other related motion is filed, the Court may continue the hearing on
               the original and all related motions so as to give all parties reasonable
15             opportunity to serve and file oppositions and replies to all pending
               motions.
16

17   L.R. 230(e) (E.D. Cal.).  Plaintiff's cross-motion for summary judgment is a "counter-motion . . .

18   related to the general subject of the original motion" and was filed as part of plaintiff's timely

19   opposition.  It is therefore timely under Local Rule 230(e).

20        Though recommending plaintiff's cross-motion be stricken, the magistrate judge

21   considered "the arguments and evidence in support of" that motion "as part of plaintiff's

22   opposition to defendants' summary judgment motion."  ECF No. 98 at 2.  However, "when

23   parties submit cross-motions for summary judgment, 'each motion must be considered on its own

24   merits.'"  *Fair Housing Council of Riverside County, Inc. v. Riverside Two*, 249 F.3d 1132, 1136

25   (9th Cir. 2001).  Because plaintiff's cross-motion for summary judgment is timely under Local

26   Rule 230(e) it must be separately analyzed and considered on its own merits.  Accordingly, this

27   court will defer consideration of the findings and recommendations on defendants' motion for

28   /////

2

1  summary judgment and refer the matter back to the assigned magistrate judge for further

2  proceedings consistent with this order.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.  The findings and recommendations filed January 11, 2021, are not adopted at this time;

5        2.  Plaintiff's cross-motion for summary judgement (ECF No. 84) is timely filed; and

6        3.  This matter is referred back to the assigned magistrate judge for further proceedings

7  consistent with this order.

8  DATED:  September 29, 2021.

9

10  _____

11                              CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28